UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-80073-ROSENBERG/REINHART

UNITED STATES OF AMERICA,

vs.

T. JONATHAN TURNER,
    a/k/a Jon Barri Brothers,

        Defendant.
_____/

## ORDER TO DISMISS INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the indictment as to defendant T. JONATHAN TURNER, a/k/a Jon Barri Brothers due to his untimely death.

                              ARIANA FAJARDO ORSHAN
                              UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing dismissal.

                              ROBIN L. ROSENBERG
                              UNITED STATES DISTRICT JUDGE

Date: 10/2/19

cc:    AUSA Lothrop Morris
       Robert Stickney, Esq.
       U.S. Marshals Service

1